DRURIE S. SANFORD, Appellant, *v.* FRIEDA HART and JEANNETTE C. JEFFE, Respondents, Impleaded with MAX M. HART and M. M. HART, INC., Defendants.

Appeal from part of a judgment of the Supreme Court, entered in the New York county clerk's office on the 10th day of December, 1914, entered upon a decision after a trial at Special Term.

PER CURIAM: The complaint alleged a cause of action against the defendant Max M. Hart, individually, for the recovery of a sum of money, and the defendant Max M. Hart, not having answered that complaint, is in default, and the plaintiff is entitled, as matter of right, upon that default, to relief as against the defendant Max M. Hart, individually. We are entirely satisfied with the disposition by the trial judge of the cause of action alleged against Frieda Hart and Jeannette C. Jeffe. The judgment appealed from must be modified by directing a recovery against M. M. Hart (Inc.), and Max M. Hart, individually, for the sum of $2,808.50, and as so modified the judgment is affirmed, with costs to the defendants Frieda Hart and Jeannette C. Jeffe as against the plaintiff. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Judgment modified as directed in opinion, and as modified affirmed, with costs to defendants Frieda Hart and Jeannette C. Jeffe as against the plaintiff. Order to be settled on notice.

---

THE ANSONIA, Respondent, *v.* EDNA VALENTINE HEIN, Now Known as MRS. NORMAN SELBY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 3d day of December, 1914, upon the verdict of a jury, and also from an order entered on the same day denying a motion for a new trial.

PER CURIAM: The plaintiff has failed to sustain the burden of proof that the alterations in the lease sued on were made before signature by the plaintiff and delivery. The judgment and order appealed from must, therefore, be reversed and a new trial ordered, with costs to appellant to abide the event. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Dowling, J., dissented. Judgment and order reversed and new trial ordered, with costs to appellant to abide event.